DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT ROSARIO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2363

[December 28, 2023]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward Merrigan, Judge; L.T. Case Nos. 10-3551CF10A, 10-4834CF10A and 10-5183CF10A.

Robert Rosario, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***